**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-23462-BLOOM/Otazo-Reyes**

GREG BARBAGALLO,
*an individual*

      Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,
*a corporation*

      Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

    **THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [32] ("Stipulation"), filed on April 25, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [32]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 22-cv-23462-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 25, 2023.

                                                                                        **BETH BLOOM**
                                                                                        **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record